**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHRISTOBAL CASTILLO and** | § | |
| **ROSALINDA BOURBOIS,** | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 3:18-CV-396-M-BH** |
| **v.** | § | |
| | § | |
| **PENNYMAC LOAN SERVICES, LLC,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant's Motion for Summary Judgment*, filed September 7, 2018 (doc. 8), is **GRANTED**. By separate judgment, all of the plaintiffs' claims against PennyMac Loan Services, LLC will be **DISMISSED with prejudice.**

**SIGNED** this 23rd day of September, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE